UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REBECCA LARSEN,<br><br>    Defendant. | NO. CR-05-2002-EFS<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS** |

Before the Court, without oral argument, is the Government's Motion to Dismiss Indictment (Ct. Rec. 106). Leave of Court is granted for the filing of the foregoing dismissal with prejudice. The Court makes no judgment as to the merit or wisdom of this dismissal. Accordingly, **IT IS HEREBY ORDERED:** Government's Motion to Dismiss Indictment **(Ct. Rec. 106)** is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshal.

**DATED** this 19th day of December 2006.

                    S/ Edward F. Shea
                    EDWARD F. SHEA
               United States District Judge

Q:\Criminal\2005\2002.dismiss.2.wpd

ORDER ~ 1